Case 6:17-cv-01498-JA-DCI Document 19 Filed 05/10/18 Page 1 of 5 PageID 216

page 1 of 5
FILED
2018 MAY 10 PM 1:43
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN TYLER PRIVE

v.

UNITED STATES OF AMERICA,

CASE No.: 6:17-cv-01498-JA-KRS

(6:14-cr-00033-JA-KRS)

### REQUEST FOR LEAVE TO APPEAL IN FORMA PAUPERIS

COMES NOW the Defendant, Jonathan Prive, pro se, with a request for leave to appeal, in forma pauperis, from the order by Judge John Antoon, II, dismissing the Defendant's motion to vacate sentence under 28 U.S.C. §2255 and closing the case without granting the Defendant leave to amend or refile, and the order denying the Defendant's motion to recuse under 28 U.S.C. §144.

The United States Court of Appeals for the Eleventh Circuit entered an order on April 17, 2018, directing the Clerk to transmit the Defendant's petition for a writ of mandamus to the District Court (Case No. 18-10386-F, In re JONATHAN TYLER PRIVE), and have it docketed as a timely Notice of Appeal from the January 3, 2018, order dismissing the §2255 case in Civil Docket No. 6:17-cv-01498-JA-KRS, and from the August 24, 2017 order denying the Defendant's "Motion to Disqualify Judge" in Criminal Docket No. 6:14-cr-00033-JA-KRS-1. (see Order of April 17, 2018, pgs. 3-4).

The Defendant's petition for a writ of mandamus, which has become the Notice of Appeal in the above cases, included a motion for leave to proceed in forma pauperis, as well as an indigency affidavit in which he declares no monthly income, $62.70 in monthly expenses made up of food and medical expenses, no assets, and

which included an inmate balance expense report showing that he owed $2,464.20 to his correctional institution, as of Feburary 8, 2018. This motion for leave to proceed in forma pauperis should have been included with the original petition for a writ of mandamus, which has now been docketed as a Notice of Appeal in District Court, since the Court of Appeals has elected to construe the petition as the Notice of Appeal.

The Court's Order of April 17, 2018, found that the Defendant satisfies the poverty requirement of 28 U.S.C. §1915(a), and the Defendant was not informed of any requirement that he file another request for leave to proceed informa pauperis, nor did he have an opportunity to do so, prior to the Clerk's execution of the Court's Order. The case has since been assigned Appeal Number 18-11693-EE, and the Defendant has been notified that the Court of Appeals is awaiting the Appellant's Brief.

The Defendant suggests that the motion to proceed in forma pauperis in the filing of the petition for a writ of mandamus satisfies the requirement that a Defendant, upon filing a notice of appeal, request leave to appeal in forma pauperis, in this particular case, in light of the order by the Court of Appeals.

On April 29, 2018, the Defendant received a notice of transmittal of the initial appeal package (Doc. 142 in Criminal Docket and Doc. 18 in Civil Docket, respectively), and a copy of Doc. 142, page 1, states that the filing fee was not paid, and that the appellant must pay the fee or submit a motion for leave to proceed in forma pauperis. This is similarly noted in Docket No. 18 in 6:17-cv-01498-JA-KRS.

The Defendant believes this requirement to have been satisfied, but, in an effort to resolve the issue and prevent further delays, and as he did not have an opportunity to do so prior to the Clerk's filing of the Notice of Appeal, the Defendant now makes the following declaration:

The Defendant does hereby swear that he has been continually incarcerated since November 5, 2013, and has no income from any employment, stocks, trusts, annuities, or any other sources. The Defendant does not have any bank accounts, savings, bonds, or any available lines of credit. He does not have any real property, material goods, or any kind of stocks, bonds, or other estate which might be sold in order to pay filing

fees or court costs. He is not the beneficiary of any trust or inheritance. The Defendant currently owes over $2,500 to his correctional institution, and has no way to pay any filing fees or court costs. The Defendant has no reason to believe that his financial situation will change or that he will become able to pay at any time in the forseeable future.

WHEREFOR, due to his poverty, and for the reasons stated herein, the Defendant respectfully requests leave to appeal in forma pauperis.

Respectfully submitted,

Jonathan Prive
#337795
Brevard County Jail
860 Camp Road
Cocoa, FL 32927

## SWORN STATEMENT

I, Jonathan Prive, do hereby swear under penalty of perjury that the facts and statements contained in the foregoing REQUEST FOR LEAVE TO APPEAL IN FORMA PAUPERIS are true and correct to the best of my knowledge and understanding.

Executed on this, the 8th day of May, 2018.
Signed: _____
Jonathan T. Prive

## CERTIFICATE OF SERVICE

I, Jonathan Prive, do hereby certify that a true and correct copy of the foregoing has, on this day, been placed in the Brevard County Jail's internal mailing system, to be sent by U.S. Mail to the following parties:

- Ilianys Rivera Miranda
  U.S. Attorney's Office
  Suite 3100
  400 W. Washington St.
  Orlando, FL 32801

- The Clerk of Court
  George C. Young U.S. Courthouse
  401 W. Central Blvd.
  Suite 1200
  Orlando, FL 32801-0120

- The United States Court of Appeals, Eleventh Circuit
  Office of the Clerk
  56 Forsyth Street, N.W.
  Atlanta, GA 30303

Executed on this, the 8th day of May, 2018.
Signed: _____
Jonathan T. Prive